■ In the Matter of MARY L. KESSLER, Petitioner, v SCOTT M. FANCHER, Respondent. SCOTT A. OTIS, Attorney for the Children, Appellant. (Appeal No. 4.) [976 NYS2d 908]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 10, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for violation of an order of custody.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kessler v Fancher* (112 AD3d 1323 [2013]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of MARY L. KESSLER, Petitioner, v SCOTT M. FANCHER, Respondent. SCOTT A. OTIS, Attorney for the Children, Appellant. (Appeal No. 5.) [976 NYS2d 909]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 11, 2012 in a proceeding pursu-

ant to Family Court Act article 8. The order dismissed the petition for an order of protection.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kessler v Fancher* (112 AD3d 1323 [2013]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.